UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| DEREK DESHANE and DEBRA HIDALGO, | ) ) ) |
| Plaintiffs, | ) ) ) Case No.: 2:16-cv-880-FtM-29CM |
| v. | ) ) |
| ENHANCED RECOVERY COMPANY, LLC, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Derek Deshane and Debra Hidalgo, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss their claims, with prejudice.

Dated: February 13, 2017

Respectfully submitted,

/s/ Michael L. Greenwald
Michael L. Greenwald
James L. Davidson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
(561) 826-5477
(561) 961-5684 (Fax)
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com

Counsel for Plaintiffs

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on February 13, 2017, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                                       */s/ Michael L. Greenwald*
                                                       Michael L. Greenwald