UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEREK DESHANE, on behalf of
themselves    and    others
similarly situated and DEBRA
HIDALGO,   on   behalf   of
themselves    and    others
similarly situated,

      Plaintiffs,

v.                                        Case No: 2:16-cv-880-FtM-29CM

ENHANCED RECOVERY COMPANY,
LLC,

      Defendant.

_____

**ORDER**

This matter comes before the Court on plaintiffs' Notice of Voluntary Dismissal With Prejudice (Doc. #8) filed on February 13, 2017. No answer or motion for summary judgment has been filed by defendant, therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___14th___ day of February, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record